UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

HON. PHILIP J. MONTANTE, JR.

Plaintiff,

v.

PAMELA BONDI, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Defendant.

**STIPULATION TO AMEND COMPLAINT**

Civ. Action No. 24-cv-00451

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of records for all parties to the above-entitled action, the Complaint in this action be amended: (1) by adding the cause of action of Disability Discrimination in violation of the Rehabilitation Act of 1973 (Title 29 U.S.C.§791 *et seq.*); (2) by adding the cause of action of Hostile Work Environment in violation of the Rehabilitation Act of 1973 (Title 29 U.S.C.§791 *et seq.*); (3) by adding the cause of action of Retaliation in violation of the Rehabilitation Act of 1973 (Title 29 U.S.C.§791 *et seq.*); and

IT IS FURTHER STIPULATED AND AGREED, that Plaintiff may file the attached proposed first amended complaint with the United States District Court, Western District of New York; and

IT IS FURTHER STIPULATED AND AGREED, that attorney James E.B. Bobseine, Esq., will accept service, by first class mail, of the filed Amended Complaint on behalf of Defendants

Pamela Bondi[1], Attorney General of the United States, United States Department of Justice, Executive Office for Immigration Review.

IT IS FURTHER STIPULATED AND AGREED, upon Defendants' receipt of service, by first-class mail, of the filed first amended complaint, Defendants will have forty-five (45) days to file a responsive pleading.

This Stipulation may be signed and filed, without further notice, with the Clerk of the Court

Dated: February 20, 2025
Buffalo, New York

*/s/ James E.B. Bobseine*
James E.B. Bobseine, Esq.
*Attorney for Defendants*
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5824
james.bobseine@usdoj.gov

*/s/ Kevin P. Wicka*
Kevin P. Wicka, Esq.
The Tarantino Law Firm, LLP
*Attorney for Plaintiff*
City Centre
610 Main Street, Suite 300
Buffalo, New York 14202
(716) 849-6500
kwicka@tarantinolaw.com

[1] Merrick Garland is no longer Attorney General for the United States; Pamela J. Bondi is automatically substituted in her official capacity as Attorney General pursuant to Federal Rule of Civil Procedure 25(d).