UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

HON. PHILIP J. MONTANTE, JR.,

                Plaintiff,

v.

                1:24-cv-451-JLS-HKS

PAMELA J. BONDI, ATTORNEY
GENERAL OF THE UNITED STATES,
UNITED STATES DEPARTMENT OF
JUSTICE, EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,

                Defendant.

## ORDER

Plaintiff, Philip J. Montante, Jr. ("Plaintiff"), and Defendant Pamela J. Bondi, Attorney General of the United States, the United States Department of Justice, the Executive Office for Immigration Review (collectively "Defendant") (together "the Parties") having jointly entered into a Stipulation for Compromise Settlement and Release ("Settlement Stipulation") dated June 9, 2025, and a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(2), the Court rules as follows:

**IT IS ORDERED** that,

    1.    this action is dismissed with prejudice;

    2.    the Court retains jurisdiction over the Settlement Stipulation solely for the purposes of securing the equitable relief specified in paragraph 3(a) – (g) of the Settlement Stipulation;

    3.    the Court relinquishes jurisdiction over all claims, causes of action, motions, suits, allegations, and other requests for relief in this action that are not expressly stated in

paragraph 3(a) – (g) of the Settlement Stipulation;

4. the Court will have no jurisdiction to supervise, monitor, or issue orders in this matter, except when Plaintiff invokes the Court's jurisdiction pursuant to the procedures set forth in paragraph 4 of the Settlement Stipulation; and

5. the Court's limited retained jurisdiction to enforce any claims pursuant to paragraph 3(a) – (g) of this Stipulation will terminate June 9, 2029.

**SO ORDERED.**

DATED: June 23, 2025
Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE